IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ADMIRAL INSURANCE CO.,** on its own behalf and as assignee of Girard Estate Fee and Girard Estate Leasehold *Plaintiff,* | CIVIL ACTION |
| v. | No. 18-2492 |
| **LIBERTY MUTUAL FIRE INSURANCE CO. AND LIBERTY INSURANCE CORP.,** *Defendants.* | |

## ORDER

**AND NOW**, this 19TH day of **August 2019**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 44), Plaintiff's Response (ECF No. 46), Defendants' Reply (ECF No. 47), and Plaintiff's Sur-Reply (ECF No. 49), it is hereby **ORDERED** and **DECREED** Defendants' Motion for Summary Judgment (ECF No. 44) is **GRANTED**.

The Clerk of Court is directed to close this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1